IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-1290-JLK**

**COUSINS ENTERTAINMENT, INC.**

    Plaintiff,

v.

**JOHN DOES 1-100, individuals,
JANE DOES 1-100, individuals,
and XYZ COMPANY, inclusive,**

    Defendants.

---

## ORDER

Kane, J.

Plaintiff's Ex Parte Application for an Order to Release Seized Goods, (doc. #16), filed September 16, 2005, is **GRANTED.** It is

**ORDERED** that Plaintiff may release T-shirts and other goods seized in this matter, at its discretion, to victims of Hurricane Katrina.

Dated this 21st day of September, 2005.

                        BY THE COURT:

                        **S/John L. Kane**
                        Senior Judge, United States District Court